IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 216.80.114.148

**ISP:** RCN Corporation
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/15/2017 00:58:12 | 78845484AB4E2638BF38712068EF04904F346556 | I Cook Naked |
| 08/20/2017 00:59:47 | A529B42ED54A8A0414C11158D3CA48903EDCF524 | Welcome To The Jungle |
| 07/23/2017 00:48:26 | 602D35711B97F0F854EBF53DD8599D90FB51FF2D | Emerald Love |
| 07/13/2017 00:44:24 | 0C18D554AD664174D70334705E16057B584D170B | Summer Lovers |
| 07/08/2017 00:55:55 | 89B1D793636AF77DECDD2D0C433D7419FB328136 | XXX Threeway Games |
| 06/28/2017 00:45:55 | C176D96FC8DF3E98334F2D76D487D9A7506CC883 | Black Lace and Blonde Hair in My Bed |
| 12/30/2016 01:55:32 | 4E3DBEDBDF6BE0E7E27236015263F89A42120F97 | Cum For A Ride |
| 12/30/2016 01:54:31 | 2D81F381C41FFC4C73E58DBFD64C8F3FC0F95048 | Hotter Than Ever |
| 12/05/2016 01:19:06 | 4958362B6CB2055416E046D4036BE5B05DACF4ED | Forbidden Fruit |
| 09/29/2016 21:16:08 | A510F9AFC741FB05D3209FBCD5023F23F55A1F87 | Caprice Swaps Cocks |
| 09/29/2016 21:14:36 | 80ED9D4F91BF0532B8C47CDDCDE3C775C23B5565 | Luvv Me Tender |
| 09/09/2016 21:31:15 | 06F25AFFA145B9E0AA5AEF64EB9200F9A5BD8D4E | Pussy Cat Burglar |
| 09/01/2016 21:26:16 | 68E7E0614D18A0D673F757978926D1A3818F5C23 | Love Her Madly |
| 08/05/2016 00:35:21 | 8DCF84E3195E6E592EB5170F88029605857F37F2 | The Call Girl |
| 06/03/2016 00:46:50 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |
| 05/26/2016 21:01:14 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |
| 05/26/2016 20:25:38 | AD478D7FB2ADE03C23216220C34BB862B84639BD | In the Garden of Ecstasy |
| 04/22/2016 02:33:00 | 6661D457FE5AB0C6AF0C3C64E83C043968F5208E | Threesome With a View |
| 04/02/2016 19:52:59 | 80887678F3F20DEED3580EBFDF7E550F96CE32E6 | Czechmates |
| 03/10/2016 03:17:22 | 1D642A114E2B74DC2EB8DA3C78FA0DB219AFBB8C | The Cock Teaser |
| 08/20/2015 22:15:03 | E2C405FAA5D9CC9DC4ACF936A2A6F7813AC00248 | Among The Wildflowers |
| 08/20/2015 22:14:41 | 9ACA2FBC060B24127EA1B371C022D680B96472F5 | Infinite Luvv |

EXHIBIT A

NIL793

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/31/2015 00:20:09 | 242FBF473D815423CD623BF4CB974EB015DB8C2A | Maddy Me Crazy |
| 07/09/2015 21:09:35 | 35407DD7ABA5FC3EFD61873D6ED4610D5B5F9DFA | Bound By Desire |
| 06/18/2015 22:36:08 | 10D7125FBBDE277A225D5E790B33297F69A36E68 | Rub Me The Right Way |
| 05/31/2015 22:36:11 | 1588471824E53F8A65A534020C15EA86651AF43F | Hippie Chic |
| 05/28/2015 13:33:37 | EA0FCD234716CD0ED00D1CF7537BE9879C726557 | Do It To Me One More Time |
| 05/23/2015 01:22:27 | C265AB23EABC8B6681154FDFFD32F502E466C2BF | Take Your Picture |
| 05/23/2015 01:08:05 | 273497DE96892D1CD9DE24B6C8480E5D1FCC6770 | Above The Air |
| 05/06/2015 14:49:19 | 9D0FCEFAA58CFA256C682568A316189A6420BAF7 | Cum Inside the Fantasy Suite |
| 04/28/2015 20:46:22 | 88DC4EC70AB81986698CE8099924C834DE5C6A5D | Dripping Pleasures |
| 04/09/2015 21:26:59 | 1B67E58B7EF2A945ADF4BDD392CD2C6B1957A9B6 | Take Me Now |
| 04/09/2015 21:24:53 | 0D9C6E216B3494280764F581C254A8DE3D10C702 | UnBREElievable |
| 04/07/2015 01:35:17 | 627BB77C79CD5B7BB1C6A94210C0E0A1168915E8 | Let Me Join You |
| 03/12/2015 21:12:05 | 617729426CADBCF17EA4D6389D8D265EA209AA2F | Best Friends With Benefits |
| 02/22/2015 00:33:10 | 385AD09ACB8FED755652269104CCECD518BEC7A9 | Midnight Passion |
| 02/12/2015 23:03:31 | B026D0015B8D4CD68F8126C13EE302AE87D61426 | Spread Wide Open |
| 01/14/2015 02:12:10 | D9F1B7F0EDABB75557156F04A692C32D9E07CE77 | Love From USA |
| 01/02/2015 22:10:57 | 452FDB7C6D5B595E3402606CCCEDF1C6A04B295C | Still Mine |
| 01/02/2015 22:09:18 | EBF55004FC0CECA1556ACD41BABCACD895C0FAA6 | East Meets West |
| 01/02/2015 22:04:43 | EDB362F156B873D443960E6F9D5C45553A122676 | I Want You To Want Me |
| 01/02/2015 22:02:41 | EB06CEC9FE3929712B647BA17F7E7301F9DAC094 | First Time |
| 01/02/2015 21:56:21 | CB7FE3E87A23E0CF682670DA4502B0400D961B92 | Enjoy the Ride |
| 01/02/2015 21:53:00 | 7CC474D24FB57785E1B230581C0E19B7E5F523C9 | Tease Me Please Me |
| 01/02/2015 21:44:27 | D766E56FE53D252B7BB9D1968F8DD6E8855842FA | Strawberry Morning |
| 01/02/2015 21:44:07 | 5B6E6CDBCB72B17769C200C38063BAA0FF3A2C60 | Never Better |

**Total Statutory Claims Against Defendant: 46**

EXHIBIT A

NIL793