# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Malibu Media, LLC

                                Plaintiff,

v.                                                            Case No.: 1:17−cv−08439
                                                             Honorable Harry D. Leinenweber

John Doe, subscriber assigned IP address 216.80.114.148

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 13, 2017:

       MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 12/13/2017. Plaintiff's Motion for leave to serve a third party subpoena prior to a Rule 26(f) Conference[5] is granted. Status hearing set for 2/13/2018 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.